# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
October 10, 2018

In re:

Joseph Leopardi Jr.

Antoinette Marie Leopardi

Debtor*

Case Number: 18–30996 amn
Chapter: 13

### NOTICE OF PROOF OF CLAIM FILED

    This notice is to inform Town of Ansonia WPCA 253 Main Street Ansonia, CT 06401 that a proof of claim was filed in your name by the debtor on October 9, 2018 in the amount of $6731.27, Claim Number 10.

    If a creditor does not timely file a proof of claim under Federal Rule of Bankruptcy Procedure 3002(c) or 3003(c), Federal Rule of Bankruptcy Procedure 3004 provides that the debtor or trustee may file a proof of claim within 30 days after the expiration of the time for filing claims prescribed by Federal Rule of Bankruptcy Procedure 3002(c) or 3003(c), which expiration date was August 22, 2018.

Dated: October 10, 2018

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 126 – tn

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.