| | | | |
|---|---|---|---|
| In Re | Joseph Leopardi, Jr. and Antoinette Marie Leopardi | Case #: | 18-30996 AMN |
| Plan filed: | 6/19/2018 ecf #9 | 2nd Amended filed: | 10/10/18 ecf #124 |

# CHAPTER 13 WORKSHEET

| | | | | |
|---|---|---|---|---|
| 1. Debtor's employer: | **Sikorsky Aircraft** | | Occupation: | **electrician** |
| 2. Debtor 2 employer: | **Hudson RPM Distributors** | | Occupation: | **merchandiser** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. Monthly Budget: | Net pay: | $6,362.16 Expenses: | $5,037.00 | Net: | $1,325.16 Cushion: | $208.16 |
| 4. Monthly Plan payment: | | $1,117.00 Term (Mos): | 60 | Total: | $69,320.00 Dividend: | 100+2.63% |

*PLUS PRECONFIRMATION PYTS OF $2300.00*

| | | | | | |
|---|---|---|---|---|---|
| 5. Priority: | $491.78 Provided for | NA | Secured: | $212,896.43 Unsecured: | $13,321.57 |

6. Real Estate:

| | | | | |
|---|---|---|---|---|
| Value: | $160,000.00 Mortgage(s): | $197,808.78 Liens: | $15,087.65 Equity: | ($52,896.43) |
| Value: | $0.00 Mortgage(s): | $0.00 Liens: | $0.00 Equity: | $0.00 |
| Value: | 0 Mortgage | 0 Liens | 0 Equity | 0 |

| 7. Secured Claims to be Paid: | Amount: | % Interest | Total paid: | 511 1322(e) 1325 (A)(5) test | |
|---|---|---|---|---|---|
| **CHFA/McCue** | $28,167.31 | 0.00% | $28,167.31 | Is | Satisfied |
| **TOWN OF ANSONIA WPCA--principal only** | $5,515.67 | 18% | $8,817.39 | Is | Satisfied |
| **TOWN OF ANSONIA WPCA--intrst, fees etc** | $6,731.27 | 0 | $6,731.27 | Is | satisfied |
| **Capital one judgment lien** | $1,484.00 | 7 | $1,806.38 | " " | |
| **Capital one judgment lien** | $ 1,356.71 | 7 | $ 1,651.44 | " " | |
| **Total** | $43,254.96 | | $47,173.79 | | |

| 8. Chapter 7 Test 1325(a)(4): | | | Chapter 13 Plan Analysis | |
|---|---|---|---|---|
| Liquidation Analysis | | **Wage Order: $257.77 weekly for 60 months beginning 11/15/18, in addition to preconf. pyts of $2300.00.** | Total Payments | $69,320.00 |
| Assets | $212,470.12 | | Less | |
| Preference | | | Trustee Commission | $6,932.00 |
| Total | $212,470.12 | | Attorney Fee | $0.00 |
| LESS | | | Priorities | $786.16 |
| priority | $491.78 | **Dividend:   100+2.63%** | Secured Debt Paid | $47,173.79 |
| secured | $160,000.00 | | Other | 0 |
| Exemption | $35,275.00 | | Total | $54,891.95 |
| Liquidation | $3,578.00 | | Net Available | $14,428.05 |
| Total | $199,344.78 | | | |
| Net Available | $13,125.34 | **(Debtor is solvent.)** | | |

| | | | | | |
|---|---|---|---|---|---|
| 9.  Plan complies with all provisions of 11 USC 1325, except: | | None | | | |
| 10. Prohibition on property transfer: | No | | Paid all pre conf. per 1326(a)(1): | | yes |
| 11.Exemption correct:   Yes | Any Educational Loans?: | None | Amount: | | |
| 12. Paid outside | Property taxes: | yes | Mortgage:   y | Auto: | n |
| 13. Attorney's Fees Total: | $3,800.00 paid: | $3,800.00 unpaid: | $0.00 Timesheet: | yes | |
| 13. Attorney's Expenses Total: | $310.00 paid: | $310.00 unpaid: | $0.00 | | |