# United States Bankruptcy Court

## District of Connecticut

In re:

    Joseph Leopardi, Jr.

    Antoinette Marie Leopardi

    Debtor*

Case Number: 18-30996
Chapter: 13

### ORDER CONFIRMING SECOND AMENDED CHAPTER 13 PLAN

    The above-named Debtor filed a First Amended Chapter 13 Plan, on October 10, 2018 (ECF No. 15), which was recently modified on October 10, 2018, (the "Second Amended Plan") (ECF No. 24). The Second Amended Plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the Second Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

    **ORDERED:** The Debtor's Second Amended Plan is **CONFIRMED** with the following provisions:

    Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $257.77 weekly beginning on November 15, 2018, for a period of 60 months, and until a 100% dividend is paid; and it is further

    **ORDERED**: That the Trustee shall distribute $2,300.00 of the Debtor's pre-confirmation plan payments pursuant to the terms of the Second Amended Plan upon the entry of this Order; and it is further

    **ORDERED**: In addition interest shall be paid, if applicable, as follows: (1) 2.63%, the Federal Judgment Rate, to creditors holding allowed unsecured non-tax claims; (2) 18% interest per annum to creditors holding priority and general unsecured, municipal tax claims; (3) 12% interest per annum to the State of Connecticut Department of Revenue Service's priority and general unsecured state tax claims; and, (4) 5% interest per annum to the Internal Revenue Service's priority and general unsecured, federal tax claims; and it is further

    **ORDERED:** The Debtor's employer shall deduct payments from the Debtor's earnings, draw checks in the name of the Trustee, and mail the same to the Trustee on or before each due date until further order of this Court.

**Employer Information**

Lockheed Martin
Attn: Payroll Department
P.O. Box 33003
Lakeland, FL 33807
Employee- Joseph Leopardi
Employee Id No. 324707

**Mail Checks Payable to the Trustee to this Address**

Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

    **ORDERED:** The Debtor's attorney is awarded attorney's fees in the total amount of $3800.00, of which $3800.00, has been paid, leaving $0.00 due.

    Dated at New Haven, Connecticut this 12th day of October, 2018.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut